# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**MARY BENSON,**

        **Plaintiff,**

vs.

**CASE NO.:   1:15-CV-0601-RWS**

**TRAIME BEHAVORIAL HEALTH, INC., A GEORGIA CORPORATION, AND VALENCIA JACKSON, INDIVIDUALLY,**

        **Defendants.**

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, MARY BENSON and Defendants, TRAIME BEHAVIORAL and VALENCIA JACKSON, pursuant to Fed. R. Civ. P. 41(a)(1), by and through their undersigned counsel, hereby move this Court for entry of an order dismissing this action **WITH PREJUDICE**.

Respectfully submitted this 1st day of February, 2016.

| **//s/ C. RYAN MORGAN** | **/s/ KERI P. WARE** |
|---|---|
| C. Ryan Morgan, Esq. | Keri P. Ware, Esq. |
| Georgia Bar No. 711884 | Georgia Bar No. 737751 |
| Morgan & Morgan, P.A. | Wilson, Morton & Downs, LLC |
| 20 N. Orange Ave., 14th Floor | 125 Clairemont Ave., Suite 420 |
| P.O. Box 4979 | Decatur, GA 30030 |

| | |
|---|---|
| Orlando, FL 32802-4979<br>Telephone: (407) 420-1414<br>Facsimile:(407) 245-3401<br>Email:<br>RMorgan@forthepeople.com<br>***Attorneys for Plaintiff*** | Telephone: (404) 377-3638<br>Facsimile: (404) 941-3456<br>E-mail: kware@wmdlegal.com,<br>***Attorneys for Defendants*** |